1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    **UNITED STATES DISTRICT COURT**
10                   **EASTERN DISTRICT OF CALIFORNIA**
                            **FRESNO DIVISION**
11
   **DARLA TYLER**                      )
12                                      )   Case No. 1:11-cv-00781
          **Plaintiff,**                )
13                                      )   STIPULATION AND PROPOSED ORDER
          v.                            )   FOR A FIRST EXTENSION FOR
14                                      )   DEFENDANT TO FILE NOTICE, MOTION,
   **COMMISSIONER OF**                  )   AND MEMORANDUM IN SUPPORT OF
15 **SOCIAL SECURITY,**                 )   CROSS-MOTION FOR SUMMARY
                                        )   JUDGMENT AND IN OPPOSITION TO
16        **Defendant.**                )   PLAINTIFF'S MOTION FOR SUMMARY
                                        )   JUDGMENT
17 _____       )

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until February 27, 2012, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's first request for an extension of time in this matter.

24                                          Respectfully submitted,

25 Dated: January 19, 2012                  */s/ Sengthiene Bosavanh*
                                            (as authorized via e-mail)
26                                          SENGTHIENE BOSAVANH
                                            Attorney for Plaintiff
27

28

```
                                            BENJAMIN WAGNER
                                            United States Attorney

Dated: January 19, 2012         By /s/ Elizabeth Barry
                                            ELIZABETH BARRY
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant
```

**ORDER**

Upon a review of the parties' stipulation, the request for extension is granted. Defendant shall file its opposition no later than February 27, 2012.

IT IS SO ORDERED.

**Dated:  January 19, 2012**            /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE