1   BENJAMIN WAGNER CSBN 163581
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

9   Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          FRESNO DIVISION
11

12  **DARLA TYLER**                    )
                                        )        Case No. 1:11-cv-00781
13          **Plaintiff,**              )
                                        )        STIPULATION AND PROPOSED ORDER
14      **v.**                          )        FOR A FIRST EXTENSION FOR
                                        )        DEFENDANT TO FILE NOTICE, MOTION,
15  **COMMISSIONER OF**                 )        AND MEMORANDUM IN SUPPORT OF
    **SOCIAL SECURITY,**                )        CROSS-MOTION FOR SUMMARY
                                        )        JUDGMENT AND IN OPPOSITION TO
16          **Defendant.**              )        PLAINTIFF'S MOTION FOR SUMMARY
                                        )        JUDGMENT
17  _____    )

18

19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until February 27, 2012, in which to file

21  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23          This is Defendant's first request for an extension of time in this matter.

24                                          Respectfully submitted,

25  Dated: January 19, 2012                 */s/ Sengthiene Bosavanh*
                                            (as authorized via e-mail)
26                                          SENGTHIENE BOSAVANH
                                            Attorney for Plaintiff

27

28

1

BENJAMIN WAGNER
United States Attorney

2

Dated: January 19, 2012          By /s/ Elizabeth Barry

3

ELIZABETH BARRY
Special Assistant U.S. Attorney

4

Attorneys for Defendant

5

6

**ORDER**

7

8

    Upon a review of the parties' stipulation, the request for extension is granted.  Defendant shall file

9

its opposition no later than February 27, 2012.

10

11

    IT IS SO ORDERED.

12

**Dated:**   **January 19, 2012**                /s/ **Gary S. Austin**

13

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2