BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **DARLA TYLER**,<br>      **Plaintiff,**<br>v.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>      **Defendant.** | Case No. 1:11-cv-00781<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until March 5, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                          Respectfully submitted,

Dated: February 27, 2012             */s/ Sengthiene Bosavanh*
                                              (as authorized via e-mail)
                                              SENGTHIENE BOSAVANH
                                              Attorney for Plaintiff

```
                                          BENJAMIN WAGNER
                                          United States Attorney

Dated: February 27, 2012           By /s/ Elizabeth Barry
                                          ELIZABETH BARRY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant
```

**ORDER**

Upon review of the parties' stipulation, the request for a second extension of time is granted. Defendant shall file its opposition no later than March 5, 2012.

IT IS SO ORDERED.

Dated: **February 28, 2012**                **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE