1 BENJAMIN WAGNER CSBN 163581
United States Attorney
2 DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
ELIZABETH BARRY CSBN 203314
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
7    Email: Elizabeth.Barry@ssa.gov

8
Attorneys for Defendant
9
**UNITED STATES DISTRICT COURT**
10 **EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**
11
**DARLA TYLER**                                   )
12                                                 )   Case No. 1:11-cv-00781
       **Plaintiff,**                          )
13                                                 )   STIPULATION AND ORDER
       v.                                  )   FOR A SECOND EXTENSION FOR
14                                                 )   DEFENDANT TO FILE NOTICE, MOTION,
**COMMISSIONER OF**                                )   AND MEMORANDUM IN SUPPORT OF
15 **SOCIAL SECURITY,**                            )   CROSS-MOTION FOR SUMMARY
                                                   )   JUDGMENT AND IN OPPOSITION TO
16        **Defendant.**                      )   PLAINTIFF'S MOTION FOR SUMMARY
                                                   )   JUDGMENT
17 _____)

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 7-day extension, or until March 5, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's second request for an extension of time in this matter.

24                             Respectfully submitted,

25 Dated: February 27, 2012         */s/ Sengthiene Bosavanh*
                                     (as authorized via e-mail)
26                                SENGTHIENE BOSAVANH
                               Attorney for Plaintiff

27

28

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: February 27, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

**ORDER**

Upon review of the parties' stipulation, the request for a second extension of time is granted. Defendant shall file its opposition no later than March 5, 2012.

IT IS SO ORDERED.

**Dated:   February 28, 2012**          */s/ Gary S. Austin*
                                         UNITED STATES MAGISTRATE JUDGE