BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DARLA TYLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, and<br>his successors in interest<br><br>　　　　Defendant. | Case No. 1:11-cv-00781-AWI-GSA<br><br>STIPULATION AND ORDER FOR A ONE WEEK EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S APPLICATION FOR ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

　　IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a one-week extension, or until November 16, 2012, in which to file his Opposition to Plaintiff's Application for Attorneys Fees under the Equal Access to Justice Act.

　　On October 11, 2012, the Court issued a minute order, requiring Defendant to file his opposition by November 9, 2012. Because of a calendaring error by the undersigned counsel of record, Defendant requires additional time to prepare his opposition.

/ / /

1  This is Defendant's first request for an extension of time in this matter and is not intended to cause
2  intentional delay. The undersigned counsel for the Defendant expresses her apologies for any
3  inconvenience to the Court.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 13, 2012 | */s/ Sengthiene Bosavanh* <br> (as authorized via email) <br> SENGTHIENE BOSAVANH <br> Attorney for Plaintiff |
|   | BENJAMIN WAGNER <br> United States Attorney |
| Dated: November 13, 2012 | By */s/ Elizabeth Barry* <br> ELIZABETH BARRY <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

### ORDER

The Court adopts the stipulation of the parties filed on this date.  Accordingly, the Commissioner shall have to and including November 16, 2012, within which to file an opposition to Plaintiff's motion for attorney fees.

IT IS SO ORDERED.

**Dated:   November 13, 2012**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE