BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DARLA TYLER, )<br>          Plaintiff, )<br>   v. )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>          Defendant. )<br>_____ ) | Case No. CIV-1:11-cv-00781-AWI-GSA<br><br>ORDER ON REVISED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 25) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Darla Tyler will be awarded attorney fees in the amount of seven-thousand, four-hundred dollars ($7,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and eighty-two dollars and fifty-four cents ($82.54) in costs under Taxation of Costs, 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Darla Tyler by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to Darla Tyler, the Defendant will consider any assignment of EAJA fees to Segthiene Bosavanh. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject

to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Darla Tyler, but if the Department of the Treasury determines that Darla Tyler does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Sengthiene Bosavanh, pursuant to any assignment executed by Darla Tyler. Any payments made shall be delivered to Sengthiene Bosavanh.

This stipulation constitutes a compromise settlement of Darla Tyler's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Darla Tyler and/or Sengthiene Bosavanh may have relating to EAJA attorney fees in connection with this action.

Sengthiene Bosavanh reserves the right to contend that any non-payment caused by the collection of a federal debt owed by Darla Tyler violates 31 C.F.R. § 285.5(e)(5) and Morrison v. C.I.R., 565 F.3d 658, 667 (9th Cir. 2009). Nothing in this stipulation shall be construed as an admission by Sengthiene Bosavanh that the Defendant has the right or authority to offset the fees due and payable pursuant to this stipulation. This award is without prejudice to the rights of Sengthiene Bosavanh to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: November 19, 2012

*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: November 19, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation, Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND FOUR HUNDRED dollars and 00/100 cents ($7,400.00). Plaintiff shall also be awarded EIGHTY TWO dollars and FIFTY FOUR cents ($82.54) in costs under Taxation of Costs, 28 U.S.C. § 1920. Defendant shall consider any assignment of EAJA fees to Sengthiene Bosavanh, pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010).

IT IS SO ORDERED.

Dated:   November 20, 2012

UNITED STATES DISTRICT JUDGE