UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA TYLER,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | **NEW CASE NO. 1:11-cv-00781-GSA**<br><br>Old Case No. 1:11-cv-00781-AWI-GSA<br><br><br>ORDER REASSIGNING CASE IN LIGHT OF THE PARTIES' CONSENT |

   Plaintiff filed her consent on July 7, 2015 (Doc. 35), and Defendant filed their consent on June 23, 2011 (Doc. 11), under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

   Therefore, IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge.

   All future pleadings shall be numbered as follows:

**1:11-cv-00781-GSA**

IT IS SO ORDERED.

Dated:  July 8, 2015

_____
SENIOR  DISTRICT  JUDGE

1